## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Mollie Kaupa,                                                 File No. 22-cv-3116 (ECT/LIB)

      Plaintiff,

v.                                                                    **ORDER OF DISMISSAL**
                                                                         **WITH PREJUDICE**

Goodyear Tire & Rubber Company,

      Defendant.

Pursuant to the Stipulation of Dismissal, ECF No. 11, signed by all parties who have appeared and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and without costs, disbursements, or attorneys' fees to any party.

Date: March 30, 2023                         s/ Eric C. Tostrud
                                                             Eric C. Tostrud
                                                             United States District Court